**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 23-cr-00269-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JHONNY ROMERO-CONTRERAS,

    Defendant.

---

**NOTICE OF ATTORNEY APPEARANCE**

---

    R. Charles Melihercik hereby provides notice of his appearance as counsel of record for the defendant, Mr. Romero-Contreras in the above-captioned matter.  Mr. Melihercik appears as counsel for Mr. Romero-Contreras pursuant to the Criminal Justice Act.

                              Respectfully submitted,

Dated:  May 19, 2023              s/R. Charles Melihercik
                                      **R. Charles Melihercik**
                                      7765 Wadsworth Blvd., #746327
                                      Arvada, Colorado, 80006
                                      Phone:  303-323-9082
                                      Email:  chaz@meliherciklaw.com
                                      *Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify on May 19, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

                                                  s/ R. Charles Melihercik  
                                                  **R. Charles Melihercik**