AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2023 MAY 22  AM 11:43

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| | |
|---|---|
| United States of America<br>v.<br><br>JHONNY ROMERO-CONTRERAS,<br>a/k/a Johnny Romero-Contreras,<br>a/k/a Thomas Contreras Romero<br>a/k/a Deriam Lago-Martinez,<br>Defendant | )<br>)<br>)   Case No.  23-CR-0269-CNS<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JHONNY ROMERO-CONTRERAS, a/k/a Johnny Romero-Contreras                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment         ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. § 1326(a), (b)(1)

Date:   5/16/2023

City and state:   Denver, Colorado

s/S. Phillips, Deputy Clerk
*Issuing officer's signature*

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)*  5/17/2023 , and the person was arrested on *(date)*  5/18/2023
at *(city and state)*  Centennial, CO       .

Date:   5/18/2023

_____ #6554
*Arresting officer's signature*

O. Lawten  P.O.
*Printed name and title*