**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 23-cr-00269-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JHONNY ROMERO-CONTRERAS,

    Defendant.

**NOTICE OF DISPOSITION**

    THE DEFENDANT, Mr. Jhonny Romero-Contreras, by and through his legal counsel, R. Charles Melihercik, Melihercik Law LLC, hereby notifies this Court that a disposition has been reached with the government and respectfully requests a Change of Plea Hearing. Provided the Court has room on its docket to accommodate this request and does grant this request, the defendant requests to have the presiding court's Judicial Assistant email counsel with dates that are available to conduct the Change of Plea Hearing.

    Counsel has conferred with Assistant U.S. Attorney Al Buchman, and undersigned counsel has been authorized to state the government has no objection to this Notice of Disposition and request for a Change of Plea Hearing.

    WHEREFORE, undersigned counsel respectfully gives notice of a disposition being reached in this case and requests a Change of Plea Hearing as described above.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  June 27, 2023 | s/R. Charles Melihercik |
|  | **R. Charles Melihercik** |
|  | 7765 Wadsworth Blvd., #746327 |
|  | Arvada, Colorado, 80006 |
|  | Phone:  303-323-9082 |
|  | Email:  chaz@meliherciklaw.com |
|  | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

      I hereby certify on June 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

                                              s/ R. Charles Melihercik
                                              **R. Charles Melihercik**