IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | |
|---|---|
| Criminal Action:  23-cr-00269-CNS | Date: July 19, 2023 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Sarah Mitchell |
| Interpreter:  Cathy Bahr | Probation: N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Albert Buchman* |
| v. | |
| 1. JHONNY ROMERO-CONTRERAS<br>**Defendant** | *Robert Melihercik* |

## COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

Court in session:  12:59 p.m.

Appearances of counsel.

Interpreter sworn.

Defendant is present in custody.

The Court outlines the history of the case.

The Plea Agreement (Court Exhibit 1) and Defendant's Statement in Advance of Plea of Guilty (Court Exhibit 2) are tendered to the Court.

Defendant is sworn.

Defendant's right to trial by jury and other constitutional rights explained.

Defense counsel outlines the plea agreement.

The Government informs the defendant of the charge and elements of the charge.

Factual basis for the plea agreed upon as outlined in the plea agreement.

Defendant advised of maximum penalties by the Government.

Defendant advised of sentencing guidelines and appeal rights.

Defendant enters plea of guilty to Count 1 of the Indictment pursuant to the plea agreement.

The Court finds that the defendant has knowingly, intelligently, and voluntarily entered a plea of guilty.

**ORDERED**:   **The plea of guilty to Count 1 of the Indictment entered by the defendant is accepted, the defendant is found guilty of the crime charged.**

**The Probation Department shall conduct a presentence investigation and file a presentence report as required by 18 U.S.C. § 3552 and Fed.R.Crim.P. 32.**

**Sentencing is set for October 5, 2023, at 10:00 a.m. before the Honorable Judge Charlotte N. Sweeney in Courtroom A-702, Seventh Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294.**

**The defendant is remanded to the custody of the United States Marshal.**

Court in Recess:  1:41 p.m.          Hearing concluded.          Total time in Court:  00:42